IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED
CLERK'S OFFICE
2018 OCT 24 AM 9:23
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Adam Wade Crutchley
(Plaintiff/Petitioner)

vs.

Nurse Jane, Fayette County medical staff,

(Defendant(s)/Respondent(s))

CIVIL ACTION NO: _____

MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT

I, Adam Crutchley, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case. As such, I motion to the Court to be allowed to proceed without the requirement to pre-pay fees or costs or give security due to my poverty which results in my inability to pay the costs of said proceeding or to give security. For this reason, I believe I am entitled to redress.

I further declare that the responses which I make to the questions and instructions below are true.

1. Are you presently employed?    Yes ☐    No ☒

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____

   b. If the answer is no, state the date you last worked and the amount of salary or wages per month which you received.

   2000 - 12.50 mnth

2. Have you received within the past TWELVE (12) months any money from any of the following sources?

   a. Business, profession, or form of self-employment?    Yes ☐    No ☒
   b. Pension, annuities, or life insurance payments?       Yes ☐    No ☒
   c. Rent payments, interest, or dividends?                Yes ☐    No ☒
   d. Gifts or inheritances?                                Yes ☐    No ☒
   e. Any other sources?                                    Yes ☐    No ☒

If the answer to <u>any</u> of the above is yes, describe <u>each source</u> of money received and state the <u>amount</u> received from each during the past TWELVE (12) MONTHS.

_____
_____
_____

3. Do you have any cash, or do you have money in a checking, savings, or prison account? (You must attach a certificate from prison authorities if you have money in a prison account).

      Yes ☐      No ☒ If yes, how much do you have?
      $_____

4. Do you own any real estate (house and/or property), stocks, bonds, notes, auto-mobiles, or other valuable property, excluding ordinary household goods and furnishings?  Yes ☐ No ☒

    a. If the answer is yes, describe the property and state its approximate value.

_____
_____
_____

    b. If the answer is yes, list any mortgages, liens, or loans against the property <u>and</u> state the amount you owe.

_____
_____
_____

5. List the persons who are dependent upon you for their support. State your relationship to those persons and indicate how much you contribute toward their support.

_____
_____
_____

Signed this __1st__ day of __October__, 20__18__

                                                      _____
                                                      *(Signature of Plaintiff)*

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO <u>FEDERAL PERJURY CHARGES</u>. 18 U.S.C. § 1621 PROVIDES AS FOLLOWS:

> *Whoever -*
>
> *...*
>
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 or title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*
>
> *is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this __1st__ day of __October__, 20__18__.

_____
(Signature of Plaintiff)

**RETURN TO:**

DAVID W. BUNT, CLERK
UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
GEORGIA P.O. BOX 128
MACON, GEORGIA 31202

**RE:**

Adam W. Crutchley
_(Plaintiff)_

1289150
_(Prisoner Number)_

## ACCOUNT CERTIFICATION

I hereby certify that the plaintiff/petitioner named herein above has an average monthly balance for the last six (6) months of $_____ in account to his/her credit at the _____ institution where he/she is confined. I further certify that the plaintiff/petitioner likewise has the following securities to his/her credit according to the records of this institution: _____

_____

_____

(If not confined for a full six (6) months, specify the number of months confined, then compute the average monthly balance based on that number of months): _____

_____

_____

_____

**PRESENT BALANCE ON HAND IN PRISONER ACCOUNT:** $_____

Dated this _____ day of _____, 20_____.

_____
_(Authorized Officer of Institution)_

_____
_(Title)_

**PLEASE ATTACH A COMPUTER PRINTOUT OF THE ACCOUNT AVAILABLE**

# History of Accounts

Offender CRUTCHLEY, ADAM WADE - GDC ID1289150
Created On: 10/04/2018 @ 11:07

RECEIVED
CLERK'S OFFICE
2018 OCT 24  AM 9:23
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

Outstanding Obligation Balance = $3,998.77

Voucher

| Location | Opened | Closed | Spendable | Reserved | Receipts on Hold | Funds Balance | Detailed Acct Stmt |
|---|---|---|---|---|---|---|---|
| CENTRAL ACCT-PROBATION | 05/07/2016 | 02/22/2018 | .00 | .00 | .00 | .00 | |
| CENTRAL ACCT-OFFENDER TRUST | 03/27/2015 | 03/27/2015 | .00 | .00 | .00 | .00 | |
| NASHVILLE PROBATION | 10/06/2008 | 01/09/2009 | .00 | .00 | .00 | .00 | |

## Obligations History

| Obligations | Balance |
|---|---|
| FEDERAL COURT FILING FEE | .00 |
| ID REPLACEMENT | 20.00 |
| INDIGENT LOAN | 258.77 |
| MEDICAL CO-PAY | 125.00 |
| RX-COPAY | 145.00 |

## Court Charges History

| Court Charges | Balance |
|---|---|
| ATTORNEY FEES | 1,000.00 |
| COURT DOCKET CHARGES | 2,322.00 |
| CRIME LAB FEE | .00 |
| FINE | .00 |
| GA CRIME VICTIMS EMERGENCY FUND | 36.00 |
| PAROLE FEE | .00 |
| PROBATION FEE | 92.00 |
| PUBLIC DEFENDER APPLICATION FEE | .00 |

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us